UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RONALD PRESLAR,

    Plaintiff,

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant

Civil  No.  C06-5242JKA

ORDER FOR REMAND

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits under Title II and Supplemental Security Income disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will reassess the opinions from the State Agency medical consultant, Thomas Clifford, Ph.D., pursuant to Social Security Ruling 96-6p.  The ALJ will consider Plaintiff's residual functional

Page 1        ORDER - [C06-5242JKA]

capacity and obtain vocational expert testimony.  As necessary, the ALJ will resolve any

discrepancies between the vocational expert's testimony and the Dictionary of Occupational Titles

pursuant to Social Security Ruling 00-4p.

DATED this 28th day of September, 2006.


*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE


Presented by:

s/ STEPHANIE R. MARTZ    WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov

Page 2        ORDER - [C06-5242JKA]