# United States District Court

WESTERN DISTRICT OF WASHINGTON

RONALD PRESLAR,

                Plaintiff,

       v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5242JKA

JO ANNE B BARNHART,
Commissioner of Social Security,

                Defendant.

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   Court GRANTS the Stipulated Motion for Remand.

October 4, 2006                                                   BRUCE RIFKIN
Date                                                                                  District Court Executive

                                                                                  s/Kelly A Miller
                                                                                 By Kelly A Miller, Deputy Clerk